IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARVIN GATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   16-cv-925 JPG/RJD |
| ) | |
| CONTINENTAL TIRE THE ) | |
| AMERICAS, LLC, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on the stipulation of dismissal (doc. 25). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Pursuant to the parties' stipulation, this case is **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to close this case.

DATED: March 29, 2017

*s/ J. Phil Gilbert*
UNITED STATES DISTRICT JUDGE